IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No: 2:19-CR-2 |
| JAMES ETHAN SHELTON | § § | |

## MOTION TO SEAL MEDICAL RECORDS
## AND OTHER PERSONAL INFORMATION

James Ethan Shelton has filed a motion seeking compassionate release based on COVID-19 concerns. To fully respond to the motion, the government refers to medical records and other information from BOP regarding Shelton's status. Because the records contain personal identifying information, the government moves to file the following documents, which are attached, under seal:

1. BOP Medical Records—Medical records from 2020 to 2021, referred to as "Attachment 1" in the government's response;

2. BOP Compassionate Release Denial Letters—Correspondence from the Warden of FCI Oakdale II, referred to as "Attachment 2."

### CONCLUSION

The government respectfully urges the Court to file the attached records under seal and permit both parties to refer to them.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        ACTING U.S. ATTORNEY

        */s/D. Ryan Locker*
        D. RYAN LOCKER
        Assistant United States Attorney
        Eastern District of Texas
        Texas Bar No. 24046307
        110 N. College, Suite 700
        Tyler, TX 75702
        (903) 590-1400 (phone)
        (903) 590-1439 (fax)
        Ryan.locker@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 10, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☐ I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

James Ethan Shelton, Reg. No. 28334-078
FCI Oakdale II – Satellite Camp
PO Box 5010
Oakdale, LA 71463

        */s/D. Ryan Locker*
        D. RYAN LOCKER
        Assistant United States Attorney