IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No: 2:19-CR-2 |
| JAMES ETHAN SHELTON | § | |

**ORDER**

Upon consideration of the government's unopposed motion to seal defendant's medical and status records from BOP, it is hereby:

ORDERED, that the following documents are filed under seal:

1. BOP Medical Records—Medical records from 2020 to 2021, referred to as "Attachment 1" in the government's response;

2. BOP Compassionate Release Denial Letters—Correspondence from the Warden of FCI Oakdale II, referred to as "Attachment 2."

It is further ORDERED that both parties may refer to the documents.